FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2022

No. 04-21-00584-CV

**TITLE SOURCE, INC.**, Reporters Committee for Freedom of the Press, and Houston Forward Times,
Appellants

v.

**HOUSECANARY, INC.**, formerly known as Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

On December 28, 2021, appellant, Title Source, Inc., filed a "Motion to Transfer Clerk's Record and for Leave to Supplement Clerk's Record." In its motion, appellant requests we transfer a copy of the clerk's record filed in cause numbers 04-18-00509-CV, 04-18-00844-CV, and 04-19-00044-CV into this current appeal, cause number 04-21-00584-CV. The motion further states appellant will file a supplemental clerk's record containing relevant documents not filed in the clerk's record of the previous cause numbers; the supplemental clerk's record was filed on January 6, 2021. The motion is unopposed.

We, therefore, GRANT the motion and ORDER the clerk of this court to electronically transfer a copy of the clerk's record in cause numbers 04-18-00509-CV, 04-18-00844-CV, and 04-19-00044-CV into this current appeal, cause number 04-21-00584-CV. The transferred portion of the record is ORDERED included in the record in cause number 04-21-00584-CV as though the original had been filed therein.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2022.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court